UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

YASEEN TRAYNOR, individually and on behalf of all others similarly situated;

Civil Action No:
1:19-cv-3241

         Plaintiff,

 -v.-

SCHUTZ 655 LLC,

         Defendants.

-------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

 Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 28th day of June, 2019

         */s/David Paul Force*
         David Paul Force, Esq.
         **Stein Saks, PLLC**
         285 Passaic Street
         Hackensack, NJ 07601
         Ph: 201-282-6500
         dforce@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 28, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ David Paul Force*
David Paul Force, Esq.